UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>118 WEBSTER AVENUE, CHELSEA,<br>MASSACHUSETTS<br>        Defendant. | Civil Action No.<br><br>Record Owner:<br>Kim Luong and Dat Van Huynh<br><br>Property:<br>118 Webster Avenue<br>Chelsea, Massachusetts<br><br>Suffolk Registry of Deeds<br>Book: 26403  Page: 232 |

05 11497 NMG

**LIS PENDENS**

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused a Complaint for Forfeiture in rem (the "Complaint"), to be filed against the real property, including all buildings and appurtenances, located at 118 Webster Avenue, Chelsea, Massachusetts, (the "Defendant Property" or "118 Webster Avenue"). The Complaint alleges that the Defendant Property represents any property, real or personal, which constitutes or is derived from, proceeds traceable to violations of 18 U.S.C. §2320, trafficking in counterfeit goods or services, and is therefore subject to forfeiture to the United States of American pursuant to 18 U.S.C §981(a)(1)(c).



For title to the Defendant Property, see Book 26403, Page 232 of the Suffolk Registry of Deeds, reflecting the conveyance of the Defendant Property by Quitclaim Deed on May 29, 2001.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JENNIFER H. ZACKS
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date: 7/14/05

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

**OATH**

The undersigned Jennifer H. Zacks, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

_____
Jennifer H. Zacks
Assistant U.S. Attorney

Dated: 7/14/05

2

Then personally appeared the above-named Jennifer H. Zacks, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 14 day of July, 2005.

[Notary stamp: NICOLE E. SWIEC, Notary Public, Commonwealth of Massachusetts, My Commission Expires February 2, 2007]

NOTARY PUBLIC
My Commission expires: 2.2.07

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
United States District Judge
Date: 7/19/05