UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>118 WEBSTER AVENUE, CHELSEA,<br>MASSACHUSETTS<br>        Defendant. | ) **FILED EX PARTE AND UNDER SEAL**<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>) 05 11497 NMG |

## MOTION TO IMPOUND

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to seal, pursuant to Local Rule 7.2, this Motion to Impound and the following documents filed herewith except as to employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, and any law enforcement officers involved in the investigation:

1. Verified Complaint for Forfeiture In Rem, including attached affidavits;

2. Warrant and Monition;

3. Motion for Ex Parte Finding and Endorsement of Memorandum of Lis Pendens; and

4. Proposed Lis Pendens;

The United States requests that any such Order not preclude disclosure of such documents by employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, any law enforcement officers involved in the investigation, or the United States Marshal for the District of

Massachusetts or his officers and agents, as necessary to:

1. comply with Orders of this Court;

2. record an endorsed lis pendens with the appropriate registry of deeds; or

3. serve an endorsed lis pendens on Kim Luong, Dat Van Huynh, Minh Vu, Katherine Luong, Camphung Luong, or their associates.

As required by Local Rule 7.2, this Motion is supported by good cause, as detailed in the Verified Complaint for Forfeiture in Rem and accompanying Affidavit of Special Agent William S. Walker of the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement, because premature disclosure of these documents could lead to efforts by the owners to transfer, place liens upon, deplete, or otherwise impair the forfeitability of the Defendant Property. The requested impoundment is intended only to preserve the status quo, and therefore, the United States requests that the documents be placed under seal for a brief period of time, until the United States can obtain the Court endorsed Lis Pendens and record it in the Suffolk Registry of Deeds.

WHEREFORE, the United States respectfully requests that this Court impound this Motion and the items listed herein until further Order of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jennifer H. Zacks
JENNIFER H. ZACKS
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: 7/14/05

APPROVED AND SO ORDERED:

/s/ NMGorton
United States District Judge
Date: 7/19/05, ~~2005~~