```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
              Plaintiff,       )
                               )
       v.                      )   Civil Action No.
                               )
118 WEBSTER AVENUE, CHELSEA,   )
MASSACHUSETTS                  )
              Defendant.       )
```

## WARRANT AND MONITION

To:  The United States Department of Homeland Security
     U.S. Immigration and Customs Enforcement

We Command You that you give notice to all persons concerned that a Verified Complaint for Forfeiture In rem ("Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant real property, including all buildings and appurtenances, located at 118 Webster Avenue, Chelsea, Massachusetts, ("Defendant Property" or "118 Webster Avenue"), more particularly described in the Complaint for the forfeiture of the Defendant Property to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(c).

This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

    (1) Publishing notice of the United States' intent to forfeit the Defendant Property at least once for three (3) successive weeks in the Boston Herald or any other newspaper having a general circulation in this District;

(2) Serving the Defendant Property by posting a copy of this Warrant and Monition and the Complaint upon the Defendant Property; and

(3) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Kim Luong
99 Newbury Avenue, Apt. #2
North Quincy, MA 02171

Dat Van Huynh
99 Newbury Avenue, Apt. #2
North Quincy, MA 02171

Minh Vu
118 Webster Avenue
Chelsea, MA 02150

Katherine Luong
118 Webster Avenue
Chelsea, MA 02150

Camphung Luong
118 Webster Avenue
Chelsea, MA 02150

Chelsea Tax Assessor
500 Broadway, Room 212
Chelsea, MA 02150

National City Mortgage Company
Loan No. 09841992
P.O. Box 809068
Dallas, TX 75380-9068

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

You Are Further Commanded that pending further order of the Court, you are **not** to take possession of, seize, or otherwise take into custody the Defendant Property, and you are **not** responsible for the care or maintenance of the Defendant Property during the pendency of this forfeiture action.

You Are Further Commanded, if you are granted permission by the owners or possessors of the Defendant Property, to enter and forthwith conduct an inventory and inspection thereof.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an

interest in the Defendant Property, or assert that the Defendant Property should not be condemned or disposed of pursuant to the prayer of the Verified Complaint for Forfeiture In Rem. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE

WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9.

Sarah A. Thorton, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: _July 20_____, 2005

APPROVED AND SO ORDERED:

/s/ Nathaniel M. Gorton
_____
United States District Judge
Date: __July 19____, 2005

4