UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSASHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>118 WEBSTER AVENUE, )<br>CHELSEA, MASSACHUSETTS )<br>  Defendant, )<br>  )<br>MS. KIM LUONG )<br>  Claimant. )<br>  ) | CIVIL ACTION NO.<br>1:05-cv-11497-NMG |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Claimant, the record owner of 11 Webster Avenue, Chelsea, Massachusetts, in the above-captioned action. I certify that am admitted to practice in this court.

Respectfully submitted,

Robert B. Carmel-Montes, Esq.
BBO# 639476
The Carmel Law Group
One Center Plaza, Suite 240
Boston, MA 02108
617.227.6355

Dated: 9.20.05