UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSASHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>118 WEBSTER AVENUE, )<br>CHELSEA, MASSACHUSETTS )<br>Defendant, )<br>)<br>MS. KIM LUONG )<br>Claimant. )<br>) | CIVIL ACTION NO.<br>1:05-cv-11497-NMG |

## ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM

Now comes the Claimant, Ms. Kim Luong (hereinafter "Ms. Luong"), as the record owner of 118 Webster Avenue, Chelsea, Massachusetts, and hereby answers the Verified Complaint for Forfeiture (hereinafter "the Complaint") of the plaintiff United States of America as follows:

1. The Claimant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 1 of the Plaintiff's Complaint.

2. The Claimant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 2 of the Plaintiff's Complaint.

3. The Claimant admits the allegations contained in Paragraph 3 of the Plaintiff's complaint.

4. The Claimant denies the allegations contained in Paragraph 4 of the Plaintiff's complaint.

### First Affirmative Defense

The forfeiture sought by the plaintiff amounts to an unconstitutional taking of property from an innocent party.

Second Affirmative Defense

The forfeiture sought by the plaintiff is constitutionally excessive and there is a gross disproportion between the forfeiture and the purported offense.

WHEREFORE, Ms. Luong prays that:

1. That no warrant and monition, in the form submitted herewith, be issued to the United States Marshall's Office commanding them to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2. That judgment of forfeiture not be decreed against the Defendant property, 118 Webster Avenue, Chelsea, Massachusetts.

3. That the Defendant property not be disposed of according to the law as requested; and

4. That judgment enter dismissing the plaintiff's complaint (and costs) and that Claiman be awarded costs including, but not limited to, reasonable attorney's fees.

Respectfully submitted,
Ms. KIM LUONG

By her Attorney

_____
Robert B. Carmel-Montes, Esq.
The Carmel Law Group
One Center Plaza, Suite 240
Boston, MA 02108
Tel. 617.227.6355
BBO#: 639476

DATED: 9.20.05

JURY CLAIM

The claimant, Ms. Kim Luong, demands a trial by jury on all facts and issues so triable.

By her attorney,

_____
Robert B. Carmel-Montes, Esq.

2

## CERTIFICATE OF SERVICE

I, Robert B. Carmel-Montes, Esq., do hereby certify that I have on this **20** day of **September**, 2005, served via first-class mail, postage prepaid, a true and accurate copy of the **ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM**, to:

Jennifer H. Zacks
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210


Signed under the pains and penalties of perjury.