UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSASHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　Plaintiff, )<br>)<br>v. )<br>)<br>118 WEBSTER AVENUE, )<br>CHELSEA, MASSACHUSETTS )<br>　　　Defendant, )<br>)<br>MS. KIM LUONG )<br>　　　Claimant. ) | CIVIL ACTION NO.<br>1:05-cv-11497-NMG |

VERIFIED STATEMENT OF KIM LUONG

I, Kim Luong, do hereby depose as follows:

1. I am the co-owner of the land and property (hereinafter "property") at 118 Webster Avenue, Chelsea, Massachusetts 02150. The other co-owner listed is my husband, Dat Van Huynh.

2. I have co-owned this property for many years. As proof I am attaching a copy of the Customer Account Activity Statement dated August 3, 2005. See Exhibit A.

3. The deed to this property has my name included. See Exhibit B.

4. I have a continuing interest and right in said property. As such, I have a statutory right to defend the action and demand restitution of said property.

5. My claim is not frivolous and I fully intend to contest this forfeiture action.

Signed under the pains and penalties of perjury,

_____

On this 18th day of October, 2005, before me, the undersigned notary public, personally appeared Kim Luong, proved to me through satisfactory evidence of identification, which were Driver's license to be the person whose name is signed on the preceding or attached document, and acknowledged to me that (s)he signed it voluntarily for its stated purpose."

_____
Notary Public

LIGGIA SOTO-RODRIGUEZ
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 9, 2006

```
                CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 08/03/05
                                                             PAGE    1


     KIM LUONG
     DAT VAN HUYNH                              LOAN NUMBER: 9841992
     118 WEBSTER AVE                            REQ BY ELK
     CHELSEA MA 02150




                 IF YOU HAVE QUESTIONS ABOUT THIS STATEMENT,
                 PLEASE CALL OUR CUSTOMER SERVICE TEAM AT
                 1-800-822-5626. IF YOU ARE INTERNET ACTIVE,
                 VISIT US AT WWW.NATIONALCITYMORTGAGE.COM.
***************************************************************************
------------------------ CURRENT ACCOUNT INFORMATION ----------------------
 DATE        TOTAL       PRINCIPAL       LOAN        CURRENT
 PAYMENT     PAYMENT     & INTEREST      INTEREST    PRINCIPAL
 DUE         AMOUNT      PAYMENT         RATE        BALANCE         ESCROW
                                                                     BALANCE
 09-01-05    980.33      651.00          7.00000     66,279.80       164.78
***************************************************************************

                 ACTIVITY FOR PERIOD 08/03/03 - 08/03/05
 PROCESS    DUE      TRANSACTION        TRANSACTION           EFFECTIVE DATE
 DATE       DATE     CODE               DESCRIPTION           OF TRANSACTION
 --------------------------------------------------------------------------
  TRANSACTION    PRIN. PAID/         ESCROW PAID/  ------------OTHER------------
  AMOUNT         BALANCE    INTEREST BALANCE       AMOUNT   CODE/DESCRIPTION
 --------------------------------------------------------------------------
 08-01-05  08-05  168  REPAY OF ESCROW ADVANCE
       0.00        0.00       0.00     164.55-      164.55   ADVANCE REFUND
 08-01-05  08-05  171  PAYMENT
     980.33      262.83     388.17     329.33
              66,279.80               164.78                NEW PRINCIPAL/ESCROW BALANCES
 07-14-05  08-05  161  ESCROW ADVANCE
     164.55        0.00       0.00     164.55
 07-14-05  07-05  313  CITY TAX DISBURSEMENT
     430.55-       0.00       0.00     430.55-
                                       164.55-              NEW PRINCIPAL/ESCROW BALANCES
 07-13-05  06-05  310  MORTGAGE INSURANCE DISBURSEMENT
      63.60-       0.00       0.00      63.60-
                                       266.00               NEW PRINCIPAL/ESCROW BALANCES
 07-01-05  07-05  171  PAYMENT
     980.33      261.31     389.69     329.33
              66,542.63               329.60                NEW PRINCIPAL/ESCROW BALANCES
 06-16-05  05-05  310  MORTGAGE INSURANCE DISBURSEMENT
      63.60-       0.00       0.00      63.60-
                                         0.27               NEW PRINCIPAL/ESCROW BALANCES
```

```
                      CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 08/03/05
REQ BY ELK                                                             PAGE    2


KIM LUONG
LOAN NUMBER: 9841992

                   ACTIVITY FOR PERIOD 08/03/03 - 08/03/05
PROCESS    DUE     TRANSACTION            TRANSACTION                  EFFECTIVE DATE
DATE       DATE    CODE                   DESCRIPTION                  OF TRANSACTION
------------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/            ESCROW PAID/ -----------OTHER-------------
     AMOUNT       BALANCE    INTEREST     BALANCE     AMOUNT  CODE/DESCRIPTION
------------------------------------------------------------------------------------
06-01-05  06-05   168  REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00     168.03-    168.03    ADVANCE REFUND
06-01-05  06-05   171  PAYMENT
      882.90       259.79      391.21     231.90
                 66,803.94                 63.87    NEW PRINCIPAL/ESCROW BALANCES
05-19-05  06-05   161  ESCROW ADVANCE
       63.60         0.00        0.00      63.60
05-19-05  04-05   310  MORTGAGE INSURANCE DISBURSEMENT
       63.60-        0.00        0.00      63.60-
                                          168.03-   NEW PRINCIPAL/ESCROW BALANCES
05-04-05  06-05   161  ESCROW ADVANCE
      104.43         0.00        0.00     104.43
05-04-05  05-05   351  HOMEOWNERS INSURANCE DISBURSEMENT
      829.00-        0.00        0.00     829.00-
                                          104.43-   NEW PRINCIPAL/ESCROW BALANCES
05-02-05  05-05   171  PAYMENT
      882.90       258.29      392.71     231.90
                 67,063.73                724.57    NEW PRINCIPAL/ESCROW BALANCES
04-19-05  03-05   310  MORTGAGE INSURANCE DISBURSEMENT
       63.60-        0.00        0.00      63.60-
                                          492.67    NEW PRINCIPAL/ESCROW BALANCES
04-15-05  04-05   313  CITY TAX DISBURSEMENT
      455.15-        0.00        0.00     455.15-
                                          556.27    NEW PRINCIPAL/ESCROW BALANCES
03-18-05  02-05   310  MORTGAGE INSURANCE DISBURSEMENT
       63.60-        0.00        0.00      63.60-
                                         1011.42    NEW PRINCIPAL/ESCROW BALANCES
03-16-05  05-05   175  PRINCIPAL PAYMENT
       17.10        17.10        0.00       0.00
                 67,322.02                          NEW PRINCIPAL/ESCROW BALANCES
03-16-05  04-05   172  PAYMENT
      882.90       256.69      394.31     231.90
                 67,339.12               1075.02    NEW PRINCIPAL/ESCROW BALANCES
02-28-05  04-05   175  PRINCIPAL PAYMENT
       17.10        17.10        0.00       0.00
                 67,595.81                          NEW PRINCIPAL/ESCROW BALANCES
```

```
                     CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 08/03/05
REQ BY ELK                                                        PAGE    3


KIM LUONG
LOAN NUMBER: 9841992

             ACTIVITY FOR PERIOD 08/03/03 - 08/03/05
 PROCESS    DUE     TRANSACTION         TRANSACTION              EFFECTIVE DATE
 DATE       DATE    CODE                DESCRIPTION              OF TRANSACTION
 -----------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/          ESCROW PAID/ ------------OTHER------------
     AMOUNT       BALANCE    INTEREST    BALANCE    AMOUNT  CODE/DESCRIPTION
 -----------------------------------------------------------------------------
 02-28-05  03-05   172   PAYMENT
      882.90        255.10      395.90       231.90
                 67,612.91                   843.12    NEW PRINCIPAL/ESCROW BALANCES
 02-17-05  01-05   310   MORTGAGE INSURANCE DISBURSEMENT
       63.60-         0.00        0.00        63.60-
                                             611.22    NEW PRINCIPAL/ESCROW BALANCES
 01-19-05  12-04   310   MORTGAGE INSURANCE DISBURSEMENT
       63.60-         0.00        0.00        63.60-
                                             674.82    NEW PRINCIPAL/ESCROW BALANCES
 01-18-05  01-05   313   CITY TAX DISBURSEMENT
      455.15-         0.00        0.00       455.15-
                                             738.42    NEW PRINCIPAL/ESCROW BALANCES
 01-03-05  03-05   175   PRINCIPAL PAYMENT
    1,000.00      1,000.00        0.00         0.00
                 67,868.01                             NEW PRINCIPAL/ESCROW BALANCES
 01-03-05  02-05   173   PAYMENT
      882.90        247.82      403.18       231.90
                 68,868.01                  1193.57    NEW PRINCIPAL/ESCROW BALANCES
 12-31-04  02-05   160   INTEREST ON ESCROW DEPOSIT
        6.90          0.00        0.00         6.90
                                             961.67    NEW PRINCIPAL/ESCROW BALANCES
 12-22-04  02-05   175   PRINCIPAL PAYMENT
    1,000.00      1,000.00        0.00         0.00
                 69,115.83                             NEW PRINCIPAL/ESCROW BALANCES
 12-22-04  01-05   173   PAYMENT
      882.90        240.59      410.41       231.90
                 70,115.83                   954.77    NEW PRINCIPAL/ESCROW BALANCES
 12-16-04  11-04   310   MORTGAGE INSURANCE DISBURSEMENT
       63.60-         0.00        0.00        63.60-
                                             722.87    NEW PRINCIPAL/ESCROW BALANCES
 12-06-04  01-05   175   PRINCIPAL PAYMENT
    1,000.00      1,000.00        0.00         0.00
                 70,356.42                             NEW PRINCIPAL/ESCROW BALANCES
 12-06-04  12-04   173   PAYMENT
      887.90        233.39      417.61       231.90       5.00 S SPEEDPAY PY BY PHONE
                 71,356.42                   786.47    NEW PRINCIPAL/ESCROW BALANCES
```

```
                       CUSTOMER ACCOUNT ACTIVITY STATEMENT            DATE 08/03/05
REQ BY ELK                                                            PAGE    4


KIM LUONG
LOAN NUMBER: 9841992

                 ACTIVITY FOR PERIOD 08/03/03 - 08/03/05
PROCESS   DUE      TRANSACTION          TRANSACTION                   EFFECTIVE DATE
DATE      DATE     CODE                 DESCRIPTION                   OF TRANSACTION
---------------------------------------------------------------------------------------
    TRANSACTION    PRIN. PAID/          ESCROW PAID/    ------------OTHER-------------
     AMOUNT         BALANCE    INTEREST   BALANCE        AMOUNT   CODE/DESCRIPTION
---------------------------------------------------------------------------------------
11-22-04  10-04    310   MORTGAGE INSURANCE DISBURSEMENT
       63.60-          0.00        0.00       63.60-
                                              554.57    NEW PRINCIPAL/ESCROW BALANCES
11-01-04  12-04    175   PRINCIPAL PAYMENT
     1,000.00      1,000.00        0.00        0.00
                  71,589.81                             NEW PRINCIPAL/ESCROW BALANCES
11-01-04  11-04    173   PAYMENT
       882.90       226.24       424.76      231.90
                  72,589.81                   618.17    NEW PRINCIPAL/ESCROW BALANCES
10-18-04  09-04    310   MORTGAGE INSURANCE DISBURSEMENT
       63.60-          0.00        0.00       63.60-
                                              386.27    NEW PRINCIPAL/ESCROW BALANCES
10-07-04  10-04    313   CITY TAX DISBURSEMENT
      405.94-          0.00        0.00      405.94-
                                              449.87    NEW PRINCIPAL/ESCROW BALANCES
10-01-04  11-04    175   PRINCIPAL PAYMENT
     1,000.00      1,000.00        0.00        0.00
                  72,816.05                             NEW PRINCIPAL/ESCROW BALANCES
10-01-04  10-04    173   PAYMENT
       882.90       219.13       431.87      231.90
                  73,816.05                   855.81    NEW PRINCIPAL/ESCROW BALANCES
09-22-04  08-04    310   MORTGAGE INSURANCE DISBURSEMENT
       63.60-          0.00        0.00       63.60-
                                              623.91    NEW PRINCIPAL/ESCROW BALANCES
09-01-04  10-04    175   PRINCIPAL PAYMENT
     1,000.00      1,000.00        0.00        0.00
                  74,035.18                             NEW PRINCIPAL/ESCROW BALANCES
09-01-04  09-04    173   PAYMENT
       882.90       212.06       438.94      231.90
                  75,035.18                   687.51    NEW PRINCIPAL/ESCROW BALANCES
08-19-04  07-04    310   MORTGAGE INSURANCE DISBURSEMENT
       63.60-          0.00        0.00       63.60-
                                              455.61    NEW PRINCIPAL/ESCROW BALANCES
08-02-04  09-04    175   PRINCIPAL PAYMENT
       500.00       500.00        0.00        0.00
                  75,247.24                             NEW PRINCIPAL/ESCROW BALANCES
```

```
                   CUSTOMER ACCOUNT ACTIVITY STATEMENT         DATE 08/03/05
REQ BY ELK                                                     PAGE      5


KIM LUONG
LOAN NUMBER: 9841992

             ACTIVITY FOR PERIOD 08/03/03 - 08/03/05
PROCESS   DUE    TRANSACTION           TRANSACTION              EFFECTIVE DATE
DATE      DATE   CODE                  DESCRIPTION              OF TRANSACTION
------------------------------------------------------------------------------
   TRANSACTION    PRIN. PAID/        ESCROW PAID/ ------------OTHER------------
     AMOUNT        BALANCE    INTEREST   BALANCE    AMOUNT   CODE/DESCRIPTION
------------------------------------------------------------------------------
08-02-04  08-04  173  PAYMENT
     882.90       207.93      443.07      231.90
              75,747.24                   519.21   NEW PRINCIPAL/ESCROW BALANCES
07-19-04  07-04  313  CITY TAX DISBURSEMENT
     405.94-        0.00        0.00      405.94-
                                          287.31   NEW PRINCIPAL/ESCROW BALANCES
07-16-04  06-04  310  MORTGAGE INSURANCE DISBURSEMENT
      63.60-        0.00        0.00       63.60-
                                          693.25   NEW PRINCIPAL/ESCROW BALANCES
07-02-04  00-00  601  MISC. CORPORATE DISBURSEMENT
      47.86        0.00        0.00        0.00
07-01-04  08-04  175  PRINCIPAL PAYMENT
   1,000.00     1,000.00       0.00        0.00
              75,955.17                            NEW PRINCIPAL/ESCROW BALANCES
07-01-04  07-04  173  PAYMENT
     882.90       200.92      450.08      231.90
              76,955.17                   756.85   NEW PRINCIPAL/ESCROW BALANCES
06-15-04  05-04  310  MORTGAGE INSURANCE DISBURSEMENT
      63.60-        0.00        0.00       63.60-
                                          524.95   NEW PRINCIPAL/ESCROW BALANCES
06-01-04  07-04  175  PRINCIPAL PAYMENT
     500.00       500.00       0.00        0.00
              77,156.09                            NEW PRINCIPAL/ESCROW BALANCES
06-01-04  06-04  173  PAYMENT
     927.14       196.86      454.14      276.14
              77,656.09                   588.55   NEW PRINCIPAL/ESCROW BALANCES
05-26-04  00-00  307  ESCROW REFUND
      69.03-        0.00        0.00       69.03-
                                          312.41   NEW PRINCIPAL/ESCROW BALANCES
05-18-04  04-04  310  MORTGAGE INSURANCE DISBURSEMENT
      63.60-        0.00        0.00       63.60-
                                          381.44   NEW PRINCIPAL/ESCROW BALANCES
05-05-04  05-04  351  HOMEOWNERS INSURANCE DISBURSEMENT
     851.00-        0.00        0.00      851.00-
                                          445.04   NEW PRINCIPAL/ESCROW BALANCES
05-04-04  05-04  173  PAYMENT
     932.14       195.72      455.28      276.14      5.00  S SPEEDPAY PY BY PHONE
              77,852.95                  1296.04   NEW PRINCIPAL/ESCROW BALANCES
```

```
                    CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 08/03/05
REQ BY ELK                                                           PAGE    6


KIM LUONG
LOAN NUMBER: 9841992

                ACTIVITY FOR PERIOD 08/03/03 - 08/03/05
PROCESS   DUE      TRANSACTION                TRANSACTION              EFFECTIVE DATE
DATE      DATE     CODE                       DESCRIPTION              OF TRANSACTION
-----------------------------------------------------------------------------------
  TRANSACTION   PRIN. PAID/             ESCROW PAID/ -------------OTHER-------------
    AMOUNT       BALANCE    INTEREST      BALANCE     AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------------
04-21-04  04-04   313   CITY TAX DISBURSEMENT
      0.01-         0.00         0.00         0.01-
                                           1019.90    NEW PRINCIPAL/ESCROW BALANCES
04-19-04  03-04   310   MORTGAGE INSURANCE DISBURSEMENT
     63.60-         0.00         0.00        63.60-
                                           1019.91    NEW PRINCIPAL/ESCROW BALANCES
04-02-04  05-04   164   TAX REFUND
     56.63          0.00         0.00        56.63
                                           1083.51    NEW PRINCIPAL/ESCROW BALANCES
04-01-04  05-04   175   PRINCIPAL PAYMENT
  2,000.00      2,000.00         0.00         0.00
                 78,048.67                            NEW PRINCIPAL/ESCROW BALANCES
04-01-04  04-04   173   PAYMENT
    927.14        182.98       468.02       276.14
                 80,048.67                 1026.88    NEW PRINCIPAL/ESCROW BALANCES
03-31-04  02-04   313   CITY TAX DISBURSEMENT
    224.90-        0.00         0.00        224.90-
                                            750.74    NEW PRINCIPAL/ESCROW BALANCES
03-24-04  04-04   173   PAYMENT
     19.53         0.00         0.00          0.00     19.53 1 LATE CHARGE FEE
03-24-04  04-04   175   PRINCIPAL PAYMENT
  2,000.00      2,000.00        0.00          0.00
                 80,231.65                            NEW PRINCIPAL/ESCROW BALANCES
03-24-04  03-04   173   PAYMENT
    939.14        170.32      480.68        276.14     12.00 S SPEEDPAY PY BY PHONE
                 82,231.65                  975.64    NEW PRINCIPAL/ESCROW BALANCES
03-18-04  02-04   310   MORTGAGE INSURANCE DISBURSEMENT
     63.60-        0.00        0.00          63.60-
                                             699.50   NEW PRINCIPAL/ESCROW BALANCES
03-16-04  03-04   152   LATE CHARGE ASSESSMENT
      0.00         0.00        0.00           0.00    19.53-1 LATE CHARGE FEE
02-19-04  01-04   310   MORTGAGE INSURANCE DISBURSEMENT
     63.60-        0.00        0.00          63.60-
                                             763.10   NEW PRINCIPAL/ESCROW BALANCES
01-20-04  12-03   310   MORTGAGE INSURANCE DISBURSEMENT
     63.60-        0.00        0.00          63.60-
                                             826.70   NEW PRINCIPAL/ESCROW BALANCES
```

```
                      CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 08/03/05
REQ BY ELK                                                         PAGE    7


KIM LUONG
LOAN NUMBER: 9841992

               ACTIVITY FOR PERIOD 08/03/03 - 08/03/05
 PROCESS    DUE    TRANSACTION              TRANSACTION                EFFECTIVE DATE
  DATE     DATE     CODE                    DESCRIPTION                OF TRANSACTION
-----------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/          ESCROW PAID/  ------------OTHER-------------
     AMOUNT       BALANCE   INTEREST    BALANCE     AMOUNT  CODE/DESCRIPTION
-----------------------------------------------------------------------------------
 01-16-04  01-04   313   CITY TAX DISBURSEMENT
      455.23-        0.00        0.00      455.23-
                                           890.30    NEW PRINCIPAL/ESCROW BALANCES
 01-06-04  03-04   173   PAYMENT
        8.66        0.00        0.00        0.00       8.66 I PROP INSPECTION FEE
 01-06-04  03-04   173   PAYMENT
       19.53        0.00        0.00        0.00      19.53 1 LATE CHARGE FEE
 01-06-04  03-04   175   PRINCIPAL PAYMENT
      190.39      190.39        0.00        0.00
                82,401.97                            NEW PRINCIPAL/ESCROW BALANCES
 01-06-04  02-04   173   PAYMENT
        0.00      168.23      482.77      276.14
                82,592.36                1345.53    NEW PRINCIPAL/ESCROW BALANCES
 01-06-04  01-04   173   PAYMENT
        0.00      167.25      483.75      276.14
                82,760.59                1069.39    NEW PRINCIPAL/ESCROW BALANCES
 01-06-04  12-03   173   PAYMENT
    2,798.42      166.28      484.72      276.14      17.00 S SPEEDPAY PY BY PHONE
                82,927.84                 793.25    NEW PRINCIPAL/ESCROW BALANCES
 12-31-03  12-03   160   INTEREST ON ESCROW DEPOSIT
        3.55        0.00        0.00        3.55
                                           517.11    NEW PRINCIPAL/ESCROW BALANCES
 12-18-03  11-03   310   MORTGAGE INSURANCE DISBURSEMENT
       63.60-       0.00        0.00       63.60-
                                           513.56    NEW PRINCIPAL/ESCROW BALANCES
 12-16-03  12-03   152   LATE CHARGE ASSESSMENT
        0.00        0.00        0.00        0.00      19.53-1 LATE CHARGE FEE
 11-19-03  10-03   310   MORTGAGE INSURANCE DISBURSEMENT
       63.60-       0.00        0.00       63.60-
                                           577.16    NEW PRINCIPAL/ESCROW BALANCES
 10-27-03  12-03   173   PAYMENT
       19.53        0.00        0.00        0.00      19.53 1 LATE CHARGE FEE
 10-27-03  12-03   173   PAYMENT
        8.66        0.00        0.00        0.00       8.66 I PROP INSPECTION FEE
 10-27-03  12-03   175   PRINCIPAL PAYMENT
      173.39      173.39        0.00        0.00
                83,094.12                            NEW PRINCIPAL/ESCROW BALANCES
```

```
                    CUSTOMER ACCOUNT ACTIVITY STATEMENT           DATE 08/03/05
REQ BY ELK                                                        PAGE     8


KIM LUONG
LOAN NUMBER: 9841992

              ACTIVITY FOR PERIOD 08/03/03 - 08/03/05
 PROCESS   DUE    TRANSACTION          TRANSACTION                EFFECTIVE DATE
 DATE      DATE   CODE                 DESCRIPTION                OF TRANSACTION
---------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/          ESCROW PAID/  ------------OTHER-------------
     AMOUNT        BALANCE   INTEREST    BALANCE    AMOUNT  CODE/DESCRIPTION
---------------------------------------------------------------------------------
 10-27-03  11-03   173  PAYMENT
        0.00         164.31    486.69     276.14
                  83,267.51                640.76    NEW PRINCIPAL/ESCROW BALANCES
 10-27-03  10-03   173  PAYMENT
        0.00         163.36    487.64     276.14
                  83,431.82                364.62    NEW PRINCIPAL/ESCROW BALANCES
 10-27-03  09-03   168  REPAY OF ESCROW ADVANCE
        0.00           0.00      0.00     187.66-     187.66   ADVANCE REFUND
 10-27-03  09-03   173  PAYMENT
    2,798.42         162.41    488.59     276.14      17.00 S SPEEDPAY PY BY PHONE
                  83,595.18                 88.48    NEW PRINCIPAL/ESCROW BALANCES
 10-21-03  09-03   161  ESCROW ADVANCE
      187.66           0.00      0.00     187.66
 10-21-03  10-03   313  CITY TAX DISBURSEMENT
     356.64-          0.00      0.00     356.64-
                                          187.66-   NEW PRINCIPAL/ESCROW BALANCES
 10-16-03  09-03   152  LATE CHARGE ASSESSMENT
        0.00           0.00      0.00       0.00      19.53-1 LATE CHARGE FEE
 10-16-03  09-03   310  MORTGAGE INSURANCE DISBURSEMENT
       63.60-          0.00      0.00      63.60-
                                           168.98   NEW PRINCIPAL/ESCROW BALANCES
 09-18-03  08-03   310  MORTGAGE INSURANCE DISBURSEMENT
       63.60-          0.00      0.00      63.60-
                                           232.58   NEW PRINCIPAL/ESCROW BALANCES
 09-16-03  08-03   173  PAYMENT                                          06-16-03
        0.00         161.47    489.53     276.14     927.14-  SUSPENSE
                  83,757.59                296.18   NEW PRINCIPAL/ESCROW BALANCES
 09-16-03  07-03   168  REPAY OF ESCROW ADVANCE
        0.00           0.00      0.00     256.10-    256.10   ADVANCE REFUND
 09-16-03  07-03   173  PAYMENT                                          06-16-03
        0.00         160.54    490.46     276.14     927.14-  SUSPENSE
                  83,919.06                 20.04   NEW PRINCIPAL/ESCROW BALANCES
 09-16-03  07-03   175  PRINCIPAL PAYMENT                                06-16-03
        0.00         235.70      0.00       0.00     235.70-  SUSPENSE
                  84,079.60                         NEW PRINCIPAL/ESCROW BALANCES
 09-15-03  07-03   147  MISAPPLICATION REVERSAL
        0.00           0.00      0.00       0.00   2,089.98   SUSPENSE
```

```
                        CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 08/03/05
REQ BY ELK                                                           PAGE     9


KIM LUONG
LOAN NUMBER: 9841992

                   ACTIVITY FOR PERIOD 08/03/03 - 08/03/05
PROCESS   DUE     TRANSACTION           TRANSACTION               EFFECTIVE DATE
DATE      DATE    CODE                  DESCRIPTION               OF TRANSACTION
------------------------------------------------------------------------------------
   TRANSACTION   PRIN. PAID/          ESCROW PAID/  ------------OTHER-------------
     AMOUNT       BALANCE    INTEREST   BALANCE     AMOUNT   CODE/DESCRIPTION
------------------------------------------------------------------------------------
09-15-03  07-03   147  MISAPPLICATION REVERSAL
         0.00     2,089.98-    0.00       0.00
                 84,315.30                        NEW PRINCIPAL/ESCROW BALANCES
09-15-03  07-03   132  LATE CHARGE ADJUSTMENT
         0.00        0.00      0.00       0.00       39.06 1 LATE CHARGE FEE
08-19-03  07-03   161  ESCROW ADVANCE
        63.60        0.00      0.00      63.60
08-19-03  07-03   310  MORTGAGE INSURANCE DISBURSEMENT
        63.60-       0.00      0.00      63.60-
                                                    256.10- NEW PRINCIPAL/ESCROW BALANCES
08-18-03  07-03   152  LATE CHARGE ASSESSMENT
         0.00        0.00      0.00       0.00       19.53-1 LATE CHARGE FEE
```

# Registry of Deeds
William Francis Galvin, Secretary of the Commonwealth
Suffolk - Francis 'Mickey' Roache, Register

Registry Home | Select Another Registry | Registry of Deeds Search | Contact Us | Help | F

| Town: CHELSEA | | | | | |
|---|---|---|---|---|---|
| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
| 222 | 05/30/2001 | DEED | 1 | 26403/232 | 103,000.00 |
| Street# | | Street Name | | | Description |
| 118 | | WEBSTER ST | | | |
| Grantor(s) | | LAM HAO H<br>LUONG NGHIN T<br>LUONG QUANG | | | |
| Grantee(s) | | LUONG KIM<br>VANHUYNH DAT | | | |
| Marginal Reference Documents | | 37615/95 2005 LIS PENDENS | | | |

- Quick One Page Viewer  Click here for Printing Instructions.
- High Quality Viewer  (Requires TIFF Plug-In) Click here for Instructions.
- Download the Document Pages (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for informational purposes only. To obtain an official copy of any free document or publication, please contact the Secret the Commonwealth of Massachusetts, District Registry of Deeds. If you are experiencing difficulties with this webs please contact us at grnsupport@acs-inc.com

## CERTIFICATE OF SERVICE

I, Robert B. Carmel-Montes, Esq., do hereby certify that I have on this 18 day of _____, 2005, served via first-class mail, postage prepaid, a true and accurate copy of the **Verified Statement of Kim Luong**, to:

Jennifer H. Zacks
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210


Signed under the pains and penalties of perjury.