UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSASHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>118 WEBSTER AVENUE, )<br>CHELSEA, MASSACHUSETTS )<br>Defendant, )<br>)<br>MS. KIM LUONG )<br>Claimant. )<br>) | CIVIL ACTION NO.<br>1:05-cv-11497-NMG |

### MOTION TO ADVANCE AND CONTINUE SCHEDULING CONFERENCE

Now comes the Claimant, Ms. Kim Luong (hereinafter "Ms. Luong"), through undersigned counsel and respectfully requests this Honorable Court to ALLOW the Motion to Advance and Continue Scheduling Conference. As grounds therefore:

Prior to receiving the Notice of Scheduling Conference (Document No. 10), Counsel for the Claimant already had committed to a scheduled trial in Worcester District Court (Commonwealth v. Nam Thai, Docket No.: 0462 CR 3692) that very day. This trial has already been marked "NO FURTHER CONTINUANCES" and is slated to last at least two (2) days.

As such, Counsel respectfully requests a new date, November 17, 2005, to appear for the Scheduling Conference. Counsel conferred with the Deputy Clerk and the Government to confirm that this was a workable date for this Honorable Court.

WHEREFORE, Ms. Luong prays that this Honorable Court ALLOW her motion and RESCHEDULES the Scheduling Conference for that particular date.

Respectfully submitted,
Ms. KIM LUONG

By her Attorney,

Robert B. Carmel-Montes, Esq.
The Carmel Law Group
One Center Plaza, Suite 240
Boston, MA  02108
Tel. 617.227.6355
BBO#: 639476

Assented To: __/s/ AUSA Jennifer H. Zacks__

## CERTIFICATE OF SERVICE

I, Robert B. Carmel-Montes, Esq., do hereby certify that I have on this 21 day of October, 2005, served via first-class mail, postage prepaid, a true and accurate copy of the **MOTION TO ADVANCE AND CONTINUE SCHEDULING CONFERENCE**, to:

Jennifer H. Zacks
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210


Signed under the pains and penalties of perjury.