```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
          Plaintiff,           )
     v.                        )Civil Action No. 05-11497-NMG
                               )
118 WEBSTER AVENUE, CHELSEA,   )
MASSACHUSETTS                  )
          Defendant.           )
```

**<u>JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1</u>**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Kim Luong, by her attorney, Robert B. Carmel-Montes submit this Joint Statement pursuant to Local Rule 16.1.

    1.    The parties have conferred pursuant to the Local Rules and confirm their obligation to limit discovery as set forth in Fed.R.Civ.P. 26(b).

    2.    The parties propose the following schedule for discovery events and the filing of pre-trial motions:

        a.    discovery, including interrogatories and document requests to be completed by March 30, 2006;

        b.    depositions to be completed by April 28, 2006;

        c.    dispositive motions to be filed on or before May 26, 2006;

        d.    opposition to dispositive motions to be filed on or before June 30, 2006;

    3.    The parties request that the Court then schedule a hearing on dispositive motions, or act upon the motions without hearing if the Court decides no hearing is necessary.  If the case

is not disposed of by motion, the parties will confer and then seek an additional Scheduling Conference with respect to further conduct of the case.

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Kim Luong, by her attorney, Robert B. Carmel-Montes submit this Joint Statement Certification pursuant to Local Rule 16.1 (D)(3).

The parties, hereby certify that undersigned counsel and an authorized representative of the Defendant Property have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course and various alternative course of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney, | KIM LUONG, |
| */s/ Jennifer H. Zacks* | */s/ Robert B. Carmel-Montes/jhz* |
| By: Jennifer H. Zacks<br>    Assistant U.S. Attorney<br>    John J. Moakley Federal<br>    Courthouse<br>    1 Courthouse Way Suite 9200<br>    Boston, MA 02210<br>    (617) 748-3283 | By: Robert B. Carmel-Montes<br>    1 Center Plaza<br>    Suite 240<br>    Boston, MA 02108<br>    (617)227-6355 |

Date: November 1, 2005