### AFFIDAVIT OF ANNA TENAGLIA

I, Anna Tenaglia, being hereby sworn deposes and says:

1. I am the Treasurer and Collector for City of Chelsea, Massachusetts. I have been the City Treasurer since August, 1998.

2. The Chelsea City Treasurer's office is located at 500 Broadway, Chelsea, Massachusetts.

3. As City Treasurer one of my responsibilities is to issue municipal lien certificates which state the current amount of monies owed to the City by property owners. As of November 14, 2005, the outstanding taxes and monies owed by the property located at 118 Webster Avenue, Chelsea, Massachusetts is $671.03. This total includes real estate taxes, water and sewer fees and also non-criminal fines.

Sworn to under the pains and penalties of perjury, this 2 day of November, 2005.

*[signature]*
Anna Tenaglia