

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>05-11497-NMG |
|---|---|
| DEFENDANT<br>118 WEBSTER AVENUE, CHELSEA, MASSACHUSETTS | TYPE OF PROCESS<br>**Complaint and Warrant & Monition** |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize

Camphung Luong

Address (Street or RFD / Apt. # / City, State, and Zip Code)

118 Webster Avenue
Chelsea, MA 02150

Send NOTICE OF SERVICE copy to Requester:

JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

*individual*

Please serve the attached Verified Complaint and Warrant & Monition upon the above-referenced ~~town hall~~ by certified mail, return receipt requested.

NES x3280

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>July 29, 2005 |
|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: | Date |
|---|---|

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [✓] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>*Please see Remarks* | Time of Service [ ] AM [✓] PM |
| | Signature, Title and Treasury Agency  11/18/2005<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | |

**REMARKS:**
Served as directed above by certified mail. Delivered on Oct. 18, 2005.
Copy of certified mail forms number 7001 2510 0003 4299 6768 is attached.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

