

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF **UNITED STATES OF AMERICA** | COURT CASE NUMBER 05-11497-NMG |
|---|---|
| DEFENDANT **118 WEBSTER AVENUE, CHELSEA, MASSACHUSETTS** | TYPE OF PROCESS **Complaint and Warrant & Monition** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br><br>Minh Vu |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br><br>118 Webster Avenue<br>Chelsea, MA 02150 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>JENNIFER H. ZACKS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability Times.)

Please serve the attached Verified Complaint and Warrant & Monition, upon the above-referenced individual by certified mail, return receipt requested.

NES x3280

| Signature of Attorney or other Originator requesting service on behalf of   [ X ]Plaintiff<br>[   ]Defendant | Telephone No. (617) 748-3100 | Date July 29, 2005 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [   ] PERSONALLY SERVED, [   ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[   ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [   ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service *Please See Remarks*   Time of Service [   ] AM [ A ] PM |
| | Signature, Title and Treasury Agency *Leonard* 11/18/2005<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection |

**REMARKS:**

Served as directed above by certified mail. Delivered on Oct. 18, 2005. Copy of certified mail forms number 7001 2510 0003 4299 6775 is attached.

TD F 90-22.48 (6/96)

☐ **RETURN TO COURT**   ☐ **FOR CASE FILE**   ☐ **LEAVE AT PLACE OF SERVICE**   ☐ **FILE COPY**



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

CV 05-11497-NMG

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Minh Vu
Street, Apt. No.; or PO Box No. 118 Webster Avenue
City, State, ZIP+4
Chelsea, MA    02150

PS Form 3800, January 2001                See Reverse for Instructions

7001 2510 0003 4299 6775

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits. 05-11497 NMG

1. Article Addressed to:

Minh Vu
118 Webster Avenue
Chelsea, MA    02150

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  OCT 18 2005

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7001 2510 0003 4299 6775

PS Form 3811, August 2001        Domestic Return Receipt        102595-01-M-0381