UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,       )
              Plaintiff,        )
        v.                      )
                                ) Civil Action No. 05-11497-NMG
                                )
118 WEBSTER AVENUE, CHELSEA,    )
MASSACHUSETTS,                  )
              Defendant,        )
_____)
                                )
KIM LUONG,                      )
              Claimant.         )
_____)
```

### ORDER FOR STAY OF CIVIL FORFEITURE CASE

GROTON, D.J.:

WHEREAS, the parties have jointly moved for a stay of this civil forfeiture action pursuant to 18 U.S.C. §981(g), on the ground that proceeding with this civil forfeiture action will adversely affect the prosecution and the defense of a related criminal case, United States v. Luong et al., No. 05-10303;

AND WHEREAS, United States v. Luong et al., No. 05-10303 is based on the same facts and circumstances as this civil forfeiture action, the claimant in this civil forfeiture action is a defendant in the related criminal action, and the real property that is the *in rem* defendant in this civil forfeiture action is specifically named as subject to criminal forfeiture in the related criminal action;

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The joint motion for stay of this civil forfeiture case is allowed.

2. This civil forfeiture action shall be stayed, pending the completion of proceedings in the related criminal, <u>United States v. Luong et al.</u>, No. 05-10303.

DONE and ORDERED in Boston, Massachusetts this 28th day of Nov., 2005.

_____
NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE