UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA       )
                              )
     Plaintiff,                )   C.A. No. 05-CV-11497-NMG
                              )
     v.                        )
                              )
118 WEBSTER AVE, CHELSEA,      )
MASSACHUSETTS,                 )
                              )
     Defendant.                )
                              )
KIM LUONG,                     )
                              )
     Claimant.                 )
                              )
_____
```

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the Plaintiff, United States of America.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Kristina E. Barclay
Kristina E. Barclay
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
Dated: February 28,2006          (617) 748-3100

CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Appearance, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/Kristina E. Barclay
Kristina E. Barclay

1

Assistant United States Attorney