UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,            )
            Plaintiff,               )
                                     )Civil Action No. 05-11497-NMG
            v.                       )
                                     )
118 WEBSTER AVENUE, CHELSEA,         )
MASSACHUSETTS,                       )
            Defendant,               )
                                     )
_____    )
KIM LUONG,                           )
            Claimant.                )
_____    )

## STIPULATION OF DISMISSAL

The parties file this stipulation of dismissal with prejudice, with each side to bear its own costs and fees.  The parties submit that the United States is not seeking forfeiture of the property named as the <u>in</u> <u>rem</u> defendant in this case, as set forth in the plea agreement reached in <u>United States v. Luong, et al.</u>, 05-CR-11497-NMG (Document No. 36).

                                     Respectfully submited,

    KIM LUONG,                       MICHAEL J. SULLIVAN,
    By her attorney,                 United States Attorney,


By:/s/Robert B. Carmel-Montes        By:/s/Kristina E. Barclay
Robert B. Carmel-Montes, Esq.        Kristina E. Barclay
The Carmel Law Group                 Assistant U.S. Attorney
One Center Plaza, Suite 240          John Joseph Moakley Courthouse
Boston, MA 02108                     Suite 9200
(617)227-6355                        1 Courthouse Way
                                     Boston, MA 02210
                                     (718) 748-3100

Dated: May 18, 2007